# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Nogales, Jr. and<br>Paul N. Papas II,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>America's Servicing Co., et al.,<br><br>　　　　Defendants. | No. CV-13-034-TUC-FRZ-DTF<br><br>**ORDER** |

Pending before the Court is Plaintiff Paul N. Papas II's Motion to Allow Electronic Filing by the pro se Plaintiff. Plaintiff has demonstrated the capability for participation in electronic filing.

Accordingly,

**IT IS ORDERED** that the Motion to Allow Electronic Filing (Doc. 12) is **GRANTED**. Plaintiff shall register as a user and subscribe to PACER within 5 days of service of this Order.

DATED this 14th day of February, 2013.

_[signature]_
D. Thomas Ferraro
United States Magistrate Judge